# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN R. MERRY,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ESTATE INFORMATION SERVICES, LLC AND ANWAR EVANS,<br><br>　　　　Defendants. | CASE NO. 3:12-cv-02586-H (BLM)<br><br>**ORDER DENYING ATTORNEYS' FEES AND DISMISSING CASE**<br><br>[Doc. No. 23] |

On September 18, 2013, Plaintiff Kristen R. Merry filed a Motion for Order Enforcing Settlement Agreement. (Doc. No. 23.) Under the parties' settlement agreement, Defendants Estate Information Services, LLC and Anwar Evans (collectively, "Defendants") were required to mail the settlement funds to Plaintiff's counsel by August 28, 2013. (Doc. No. 23-1 at 3.) On November 25, 2013, Ms. Merry filed a Declaration stating that she received the settlement funds on November 8, 2013. (Doc. No. 31.)

In Ms. Merry's motion to enforce the settlement agreement, she argues that under the parties' settlement agreement she is entitled to reasonable attorneys' fees for filing

the motion. (Doc. No 23-1 at 6.) She asks for a total of $4,198.50. (Id.) On November 27, 2013, Defendants filed a declaration in opposition to Ms. Merry's attorneys' fee request. (Doc. No. 32.) Defendants state that in mid-October, they offered the Plaintiff a check for the full settlement amount, but Ms. Merry rejected this check, preferring to receive separate checks for Ms. Merry and her counsel. (Id. at 3.) The Court has considered the parties' positions and declines to award attorneys' fees under the circumstances.

Because both parties state that they have settled this lawsuit in full, the Court dismisses the action. Any party objecting to the case's dismissal may file an objection within thirty days of the date of this order. The pretrial conference currently scheduled for January 27, 2014 at 10:30 am is vacated.

**IT IS SO ORDERED.**

DATED: January 22, 2014

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT